BEFORE THE SECOND DIVISION, OCTOBER 8, 1963

No. 68018.—F. J. Strauss Co., Inc. v. United States, protest 62/17765 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of bicycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.